(SSx), AO120, CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:11–cv–08675–JFW–SS

| | |
|---|---|
| Bibiji Inderjit Kaur Puri v. Heartside Food Solutions LLC et al | Date Filed: 10/19/2011 |
| Assigned to: Judge John F. Walter | Date Terminated: 12/13/2011 |
| Referred to: Magistrate Judge Suzanne H. Segal | Jury Demand: Plaintiff |
| Cause: 15:1051 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bibiji Inderjit Kaur Puri**
*an individual*

represented by **Leo Edward Lundberg , Jr**
The Soni Law Firm
35 N Lake Ave Suite 720
Pasadena, CA 91101
626–683–7600
Fax: 626–683–1199
Email: leo@sonilaw.com
*ATTORNEY TO BE NOTICED*

**Michael Danton Richardson**
The Soni Law Firm
35 North Lake Avenue Suite 720
Pasadena, CA 91101
626–683–7600
Fax: 626 683 1199
Email: danton@sonilaw.com
*ATTORNEY TO BE NOTICED*

**Surjit P Soni**
The Soni Law Firm
35 North Lake Avenue Suite 720
Pasadena, CA 91101
626–683–7600
Fax: 626–683–1199
Email: surj@sonilaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Heartside Food Solutions LLC**
*a Delaware Limited Liability Corporation*

represented by **Rhonda R Trotter**
Kaye Scholer LLP
1999 Avenue of the Stars Suite 1700
Los Angeles, CA 90067
310–788–1000
Fax: 310 788 1200
Email: rtrotter@kayescholer.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2011 | Ï 1 | COMPLAINT against Defendants Does 1 through 10, Heartside Food Solutions LLC. Case assigned to Judge John F. Walter for all further proceedings. Discovery referred to Magistrate Judge Suzanne H. Segal.(Filing fee $ 350:PAID) Jury Demanded., filed by plaintiff Bibiji Inderjit Kaur Puri.(ghap) (mg). (Entered: 10/20/2011) |
| 10/19/2011 | Ï | 21 DAY Summons Issued re Complaint – (Discovery)) 1 as to Defendant Heartside Food Solutions LLC. (ghap) (Entered: 10/20/2011) |
| 10/19/2011 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Bibiji Inderjit Kaur Puri. (ghap) (mg). (Entered: 10/20/2011) |
| 10/19/2011 | Ï 3 | NOTICE TO COUNSEL RE: Copyright, Patent and Trademark Reporting Requirements. Counsel shall file the appropriate AO–120 and/or AO–121 form with the Clerk within 10 days. (Attachments: # 1 AO–120) (ghap) (Entered: 10/20/2011) |
| 10/19/2011 | Ï 4 | NOTICE TO PARTIES OF ADR PROGRAM filed.(ghap) (Entered: 10/20/2011) |
| 10/21/2011 | Ï 5 | NOTICE AND ACKNOWLEDGMENT OF SERVICE of Summons and Complaint returned Executed filed by Plaintiff Bibiji Inderjit Kaur Puri, upon Defendant Heartside Food Solutions LLC acknowledgment sent by Plaintiff on 10/21/2011, answer due 12/20/2011. Acknowledgment of Service signed by Paul Matthew, Process Agent, Coproration Service Company (Registered Agent for Process). (Attachments: # 1 Supplement)(Richardson, Michael) (Entered: 10/21/2011) |
| 10/21/2011 | Ï 6 | PROOF OF SERVICE filed by Plaintiff Bibiji Inderjit Kaur Puri, re Certificate/Notice of Interested Parties 2 , Notice and Acknowledgment of Service (CV–21) Executed, Notice and Acknowledgment of Service (CV–21) Executed 5 , Complaint – (Discovery), Complaint – (Discovery) 1 , Notice to Parties of ADR Program (ADR–8) 4 , Summons Issued, Notice To Counsel Re: Copyright/Patent/Trademark (CV–31) 3 *Defendant* served on 10/21/2011. (Attachments: # 1 Supplement)(Richardson, Michael) (Entered: 10/21/2011) |
| 10/24/2011 | Ï 7 | STANDING ORDER by Judge John F. Walter: READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. Counsel are ORDERED to deliver 2 copies of all documents filed electronically in this action to Chambers. For each document filed electronically, one copy shall be marked CHAMBERS COPY and the other copy shall be marked COURTESY COPY. (kbr) (Entered: 10/24/2011) |
| 10/31/2011 | Ï 8 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Bibiji Inderjit Kaur Puri. (Soni, Surjit) (Entered: 10/31/2011) |
| 11/14/2011 | Ï 9 | NOTICE of Interested Parties filed by DEFENDANT Heartside Food Solutions LLC, identifying HEARTSIDE FOOD SOLUTIONS, LLC; BIBIJI INDERJIT KAUR PURI; HEARTSIDE HOLDCO, LLC; GOLDEN TEMPLE OF OREGON, LLC; SPARTA INSURANCE COMPANY. (Trotter, Rhonda) (Entered: 11/14/2011) |
| 11/14/2011 | Ï 10 | DECLARATION of OF LEAD TRIAL COUNSEL *RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING* filed by Defendant Heartside Food Solutions LLC. (Trotter, Rhonda) (Entered: 11/14/2011) |

| | | |
|---|---|---|
| 11/14/2011 | 11 | NOTICE OF MOTION AND MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* filed by PLAINITFF Heartside Food Solutions LLC. Motion set for hearing on 12/19/2011 at 01:30 PM before Judge John F. Walter. (Attachments: # 1 Proposed Order)(Trotter, Rhonda) (Entered: 11/14/2011) |
| 11/14/2011 | 12 | NOTICE OF MOTION AND MOTION to Dismiss *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER* filed by DEFENDANT Heartside Food Solutions LLC. Motion set for hearing on 12/19/2011 at 01:30 PM before Judge John F. Walter. (Attachments: # 1 Proposed Order)(Trotter, Rhonda). Added MOTION to Stay or Transfer to the District of Oregon on 11/15/2011 (jp). (Entered: 11/14/2011) |
| 11/14/2011 | 13 | DECLARATION of JAMES J. GASPAR IN SUPPORT OF HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER* 12 filed by Defendant Heartside Food Solutions LLC. (Trotter, Rhonda) (Entered: 11/14/2011) |
| 11/14/2011 | 14 | DECLARATION of AMANDA MYERS IN SUPPORT OF MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* 11 , MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER* 12 filed by Defendant Heartside Food Solutions LLC. (Trotter, Rhonda) (Entered: 11/14/2011) |
| 11/14/2011 | 15 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* 11 filed by DEFENDANT Heartside Food Solutions LLC. (Trotter, Rhonda) (Entered: 11/14/2011) |
| 11/15/2011 | 16 | MINUTE ORDER IN CHAMBERS by Judge John F. Walter. Counsel are hereby notified that a Scheduling Conference has been set for January 9, 2012 at 8:30 a.m. Lead Trial Counsel shall attend all proceedings before this Court, including the Scheduling Conference. Counsel are directed to comply with Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26–1 in a timely fashion and to file a Joint Report and a ADR Program Questionnaire, on or before December 27, 2011. (kbr) (Entered: 11/15/2011) |
| 11/28/2011 | 17 | Plaintiff's Opposition to Hearthside Food Solutions, LLC's Motion to Dismiss, Stay or Transfer Opposition re: MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER* MOTION to Stay Case MOTION to Transfer Case 12 *Opposition* filed by Plaintiff Bibiji Inderjit Kaur Puri. (Richardson, Michael) (Entered: 11/28/2011) |
| 11/28/2011 | 18 | DECLARATION of Surjit P. Soni in Support of Plaintiff's Opposition to Hearthside Food Solutions, LLC's Motion to Dismiss, Stay or Transfer MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER* MOTION to Stay Case MOTION to Transfer Case 12 *Declaration* filed by Plaintiff Bibiji Inderjit Kaur Puri. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Richardson, Michael) (Entered: 11/28/2011) |
| 11/28/2011 | 19 | OPPOSITION re: MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* 11 *Opposition* filed by Plaintiff Bibiji Inderjit Kaur Puri. (Richardson, |

| | | |
|---|---|---|
| | | Michael) (Entered: 11/28/2011) |
| 12/05/2011 | 20 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* 11 *Second Request For Judicial Notice In Support Of Hearthside Food Solutions, LLC's Reply In Support Of Motion To Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)* filed by Defendant Heartside Food Solutions LLC. (Attachments: # 1 Certificate of Electronic Service)(Trotter, Rhonda) (Entered: 12/05/2011) |
| 12/05/2011 | 21 | REPLY In Support MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* 11 filed by Defendant Heartside Food Solutions LLC. (Attachments: # 1 Certificate of Electronic Service)(Trotter, Rhonda) (Entered: 12/05/2011) |
| 12/05/2011 | 22 | REPLY in support of MOTION to Dismiss Case *HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER* MOTION to Stay Case MOTION to Transfer Case 12 filed by Defendant Heartside Food Solutions LLC. (Attachments: # 1 Certificate of Electronic Service)(Trotter, Rhonda) (Entered: 12/05/2011) |
| 12/13/2011 | 23 | MINUTES (IN CHAMBERS) ORDER GRANTING Hearthside Food Solutions LLC's Motion to Dismiss, Stay or Transfer 12 ; ORDER DENYING WITHOUT PREJUDICE Hearthside Food Solutions LLC's Motion to Dismiss Complaint Pursuant to FRCP 12(B)(6) 11 by Judge John F. Walter: Pursuant to Rule 78 of the FRCP and Local Rule 7−15, the Court finds that these matters are appropriate for decision without oral argument. The hearing calendared for 12/19/2011 is hereby vacated and the matters taken off calendar. This action is hereby TRANSFERRED to the United States District Court for the District of Oregon. Defendants Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) is DENIED without prejudice to renewing its motion once the action has been transferred to the United States District Court for the District of Oregon. (MD JS−6. Case Terminated.) (Attachments: # 1 CV−22 Transmittal Letter − Civil Case Transfer Out) (jp) (Entered: 12/15/2011) |